**HLD-003**                                    **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-2645
_____

IN RE: LUIS G. ZAYAS CINTRON,
                                    Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to Civ. No. 2-18-cv-05537)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
November 10, 2022

Before: CHAGARES, Chief Judge, HARDIMAN, and PHIPPS, Circuit Judges
_____
(Opinion filed: January 18, 2023)
_____

OPINION*
_____

**PER CURIAM**

In September 2022, Luis Zayas Cintron filed a mandamus petition asking us to

direct the United States District Court for the Eastern District of Pennsylvania to

adjudicate his petition for writ of habeas corpus. After he filed the mandamus petition,

the District Court entered a memorandum and order denying his habeas petition. In light

of the District Court's action, this mandamus petition no longer presents a live

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.

controversy. Therefore, we will dismiss it as moot. See Blanciak v. Allegheny Ludlum

Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of

adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent

a court from being able to grant the requested relief, the case must be dismissed as

moot.").